**FILED**

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

JUN 2 0 2005

RECEIVED

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**KENDRICK J. FULTON** 30080-177
FBOP
FCC - Forrest City
PO Box 3000 / B-1
Forrest City, AR 72335

    Plaintiff,

v.              *

**EXECUTIVE OFFICE FOR U.S.**  *
**ATTORNEYS (EOUSA)**
**600 EAST STREET, N.W.**    *
**ROOM 7300**
**WASHINGTON, DC 20530**    *

**DRUG ENFORCEMENT (DEA)**  *
**ADMINISTRATION**
**700 ARMY NAVY DRIVE**    *
**ARLINGTON, VA 22202**

                *    Case No.

**CRIMINAL DIVISION**
**950 PENNSYLVANIA AVE., N.W.** *
**SUITE 1127**
**WASHINGTON, DC 20530**    *

**OFFICE OF INFORMATION**  *
**AND PRIVACY**
**FLAG BUILDING, SUITE 570**  *
**WASHINGTON, DC 20530**

                *

    Defendants.

                *

CASE NUMBER  1:05CV01300

JUDGE: Unassigned

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/29/2005

CASE RE-ASSIGNED

AUG 1 6 2005

TO: URBINA, J. RMU

## COMPLAINT FOR DECLARATORY JUDGEMENT RELIEF

NOW COMES, **KENDRICK J. FULTON**, (hereinafter referred to as

**Plaintiff**), Pro Se and hereby states, claims and alleges the following as and for his

1

1

complaint under the FREEDOM OF INFORMATION ACT as follows:

1. **Plaintiff** has requested information under the FREEDOM OF INFORMATION

ACT to the above agencies in January of 2005 (Exhibit A, copies of requested

information).

2. **Plaintiff** received correspondence from the **EOUSA** on Fbruary 15, 2005

informing him that his request was received, was being processed, and was also

given a request number, 05-339. In another lettter dated the same day the **EOUSA**

informed **Plaintiff** that his requested information is <u>not</u> maintained by their office

but by the **DEA** (Exhibit B).

3. On March 24, 2005, **Plaintiff** once again received correspondence from the

**EOUSA** that the records found were being referred to the **DEA** (Exhibit C).

4. **Plaintiff** received a letter from the **DEA** dated March 16, 2005, informing him

that his request has been received byt their office and is awaiting processing and

was given a new request number, 05-0608-P (Exhibit D).

5. **Plaintiff**, has since tried to contact the **DEA** in regards to the status of his

request by letter dated May 14, 2005 and has not received any response in regards

to his inquiry (Exhibit E).

6. **Plaintiff** also received a letter dated May 13, 2005, from Ronald Deacon, Director Facilities and Administrative Services Staff Justice Management Division informing him that all of the above Defendant's are aware of his request and that all future inquiries should be addressed to the listed agencies (Exhibit F)

7. **Plaintiff** responded to Mr. Deacon's letter on May 17, 2005 informing him that he[**Plaintiff**] was under the impression that his request was already "being processed" (Exhibit G).

8. On June 6, 2005, **Plaintiff** received a letter from the Co-Director of the **Office of Information and Privacy** informing him that he was affirming the **EOUSA's** action on his request and that it was proper and in accordance with Department policy (Exhibit H).

9. **Plaintiff** has fully exhausted all of his available administrative remedies in his efforts to obtain the requested records.

10. All of the above **Defendants** are aware of **Plaintiff**'s request for information and have not responded by the time allowed under **28 § 16 C.F.R.** of the **Code of Federal Regulations**.

3

11. **Plaintiff** is entited to the information and there is no reason or combination of reasons for denial of same.

12. **Defendants** agencies are in violation of the FREEDOM OF INFORMATION ACT.

13. This action is proper for **Plaintiff** to obtain judicial review of the **Defendants** agencies action or inaction.

WHEREFORE, **Plaintiff** prays for the following relief: (1) **Plaintiff** be granted immediate access tothe requested information withheld; (2) The **Defendants** agencies be declared in violation of the FOIA; (3)These proceedings be put in an expedited schedule; (4) **Plaintiff** be granted his reasonable attorneys/researchers/clerical fees incurred; (5) Any further relief this Court deems just and proper.

Respectfully submitted,

**KENDRICK J. FULTON**
FBOP#30080-177
FCC-FORREST CITY (MEDIUM)
PO BOX 3000/ B1
FORREST CITY, AR 72335

4

U.S. COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

JUN 2 0 2005

RECEIVED

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

KENDRICK J. FULTON                    *

     Plaintiff,                    *

v.                                    *

EXECUTIVE OFFICE FOR U.S.             *
ATTORNEYS (EOUSA)
600 EAST STREET, N.W.                 *
ROOM 7300
WASHINGTON, DC 20530                  *

DRUG ENFORCEMENT (DEA)                *
ADMINISTRATION
700 ARMY NAVY DRIVE                   *
ARLINGTON, VA 22202
                                      *    Case No.
CRIMINAL DIVISION
950 PENNSYLVANIA AVE., N.W.  *
SUITE 1127
WASHINGTON, DC 20530                  *

OFFICE OF INFORMATION                 *
AND PRIVACY
FLAG BUILDING, SUITE 570              *
WASHINGTON, DC 20530
                                      *
    Defendants.
                                      *

## COMPLAINT FOR DECLARATORY JUDGEMENT RELIEF

## EXHIBITS A-H

| 52 | Address book with glass pipe and assorted papers seized from 1604 N. Washington on 03/14/02 | | |
|----|---|---|---|
| 53 | Rock of Cocaine Base (Crack Cocaine) seized from 1604 N. Washington on 03/14/02 | **X** | |
| 54 | Pyrex measuring cup with Cocaine residue seized from 1604 N. Washington on 03/14/02 | **X** | |
| 55 | Toyo digital scales with Cocaine residue seized from 1604 N. Washington on 03/14/02 | **X** | |
| 56a | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56b | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56c | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56d | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56e | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56f | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56g | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56h | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56i | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56j | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56k | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |

05 1300

FILED

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT A

00249

| 57 | 172.3 grams of Cocaine Base (Crack Cocaine) and 3 baggies seized from 1811 Avondale on 03/14/02 | X | (DEA LAB#154287) |
|---|---|---|---|
| 58 | Tanita scales with Cocaine residue seized from 1811 Avondale on 03/14/02 | X | |
| 59 | O'haus scales with Cocaine residue seized from 1811 Avondale on 03/14/02 | X | |
| 60 | Two quart glass measuring cup seized from 1811 Avondale on 03/14/02 | X | |
| 61 | Two quart glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 62 | Two quart glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 63 | One quart glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 64 | One quart glass measuring cup seized from 1811 Avondale on 03/14/02 | | |
| 65 | One cup glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | X | |
| 65a | One quart glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | X | |
| 66 | Wire whisk with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 67 | Wire whisk with Cocaine residue seized from 1811 Avondale on 03/14/02 | X | |
| 68 | Plastic strainer with Cocaine residue seized from 1811 Avondale on 03/14/02 | X | |

Government's Exhibit List – Page 8

EXHIBIT A

| | | | |
|---|---|---|---|
| 69 | Notebook paper with "Bezzy" and a telephone number written on it seized from 1811 Avondale on 03/14/02 | | |
| 70 | Two photographs seized from 1811 Avondale on 03/14/02 | | |
| 71 | One photograph seized from 1811 Avondale on 03/14/02 | | |
| 72 | Box of Glad sandwich bags seized from 1811 Avondale on 03/14/02 | | |
| 73 | Box of Albertson sandwich bags seized from 1811 Avondale on 03/14/02 | | |
| 74a | Photograph taken during 03/14/02 search warrant at 1812 Poplar | | |
| 74b | Photograph taken during 03/14/02 search warrant at 1812 Poplar | | |
| 74c | Photograph taken during 03/14/02 search warrant at 1812 Poplar | | |
| 75 | One quart glass measuring cup with Cocaine residue seized from 1812 Poplar on 03/14/02 | X | |
| 76 | Set of scales seized from 1812 Poplar on 03/14/02 | X | |
| 77 | Application and trade confirmation from Joseph Stevens & Company seized from 1812 Poplar on 03/14/02 | | |
| 78 | Three U.S. Postal Service money order customer receipts & a U.S. Postal Serivce cash register receipt seized from 1812 Poplar on 03/14/02 | | |
| 79 | Empty envelope postmarked February 16, 2002 from Demetra Underwood to Ken Fulton seized from 1812 Poplar on 03/14/02 | | |

EXHIBIT A

00251

| | | | |
|---|---|---|---|
| 126 | Equifax credit report for Fulton seized from 1812 Poplar on 03/14/02 | | |
| 127 | Transamerica Bank credit card statement in the name of Demetra Underwood seized from 1812 Poplar on 03/14/02 | | |
| 128 | Jewelry appraisal for a 14 carat white gold cross and chain and a platinum ring seized from 1812 Poplar on 03/14/02 | | |
| 129a | Photograph taken during 03/14/02 search warrant at 1112 NW 21st St. | | |
| 129a | Photograph taken during 03/14/02 search warrant at 1112 NW 21st St. | | |
| 130 | Poster of Fulton, Cofer and Mike Tyson seized from 1112 NW 21st St. on 03/14/02 | | |
| 131 | 101.5 grams of Cocaine Base (Crack Cocaine) purchased from Fulton by DEA - Task Force Officer Perry Moore on 01/26/01 | X | (DEA LAB#144908) |
| 132 | Cassette tape containing 5 conversations with Fulton on 01/26/01 | | |
| 132a | Transcript of GE #132 | | |
| 133 | Cassette tape of drug purchase between Fulton and Agent Perry Moore on 01/26/01 | | |
| 133a | Transcript of GE #133 | | |
| 134 | Cassette of conversation on 09/13/01 | | |
| 134a | Transcript of GE #134 | | |
| 135 | Cassette tape of conversation on 12/13/01 | | |
| 135a | Transcript of GE #135 | | |
| 136 | Plea Agreement - Edgar Joe Cofer, III | | |
| 137 | Plea Agreement - Eulina Smith | | |
| 138 | Plea Agreement - Arthur Glynn | | |

Government's Exhibit List - Page 14

EXHIBIT A    00256

COOPERATING SOURCE (CS) #4

30.    On January 21, 2001, DEA Task Force Officer (TFO) Perry Moore was working in

an undercover capacity with CS#4.  TFO Moore and CS#4 contacted Kendrick J. FULTON on

his cellular telephone at (806) 584-8039 to arrange a Cocaine Base (Crack Cocaine) purchase  As

a result of this telephone conversation, TFO Moore and CS#4 met with FULTON at 1604 N.

Washington Street in Amarillo.  During this meeting, TFO Moore and CS#4 purchased

approximately 128.1 gross grams of Cocaine Base (Crack Cocaine) from FULTON for

$2,700.00.  Both the telephone conversation and the drug transaction between TFO Moore, CS#4

and FULTON were consensually recorded.  On or about November 15, 2001, your affiant

learned via FULTON's telephone voice message on (806) 584-8039 that FULTON was

directing his telephone calls to his new telephone number, target telephone #2.

31.    During a February 21, 2001 interview, CS#4 informed your affiant that in

approximately May or June of 2000, he/she purchased around nine ounces of Cocaine Base

(Crack Cocaine) from FULTON paying approximately $5,000.00 for the drugs.

32.    During a March 1, 2001 interview, CS#4 informed TFO Moore that FULTON and

COFER are involved distributing Cocaine and Cocaine Base (Crack Cocaine) in the Amarillo

area.  CS#4 further stated that they have a source of supply in the Houston, Texas area and that

they use young, black females to transport Cocaine from Houston to Amarillo.

33.    During a March 19, 2001 interview, CS#4 informed TFO Moore that FULTON

represents a rapper known as "Mr. Coop" under the Fulton Entertainment label.  "Mr. Coop" has

been identified as Lajuane COOPER.  CS#4 informed agents that COOPER distributes

Cocaine for FULTON and that FULTON would allow COOPER to drive several of his

AFFIDAVIT - Page 19

EXHIBIT A



**U.S. Department of Justice**

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

FEB 1 5 2005

Request Number: 05-339

Subject: Self (lab tests)

Requester: Kendrick J. Fulton

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request.</u> If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

05 1300

**EXHIBIT B**

**FILED**

Form No. 001 - 9/02  JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Privacy Act Amendment, Correction, or Expungement

Your request for information concerning yourself includes "boilerplate" language requesting the amendment, correction, or expungement of your files.

Your request for amendment and correction is denied because United States Attorney criminal case files are exempt from the correction and amendment provisions of 5 U.S.C. § 552a(d) by virtue of 5 U.S.C. §§ 552a(j) and (k) by notice of exemption in regulations promulgated by the Attorney General and published at 28 C.F.R. § 16.81.

You may appeal my decision in this matter by a written request received within 60 days of the date of this letter. Appeals should be addressed to:

Office of Information and Privacy
United States Department of Justice
570 Flag Building
Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked Privacy Act Appeal.

If the Office of Information and Privacy affirms my decision, you will have an opportunity to provide us with a statement of disagreement which will then be placed in the file. 28 C.F.R. § 16.46.

Privacy Act Request for Accounting of Disclosures

Your request for information concerning yourself includes "boilerplate" language requesting an accounting of all disclosures of our files.

Your request for accounting is denied because United States Attorney criminal case files are exempt from the accounting provisions of 5 U.S.C. § 552c(1) by virtue of 5 U.S.C. §§ 552a(j) and (k).

You may appeal my decision in this matter by a written request received within 60 days of the date of this letter. Appeals should be addressed to:

Office of Information and Privacy
United States Department of Justice
570 Flag Building
Washington, D.C. 20530

Both the envelope and letter of appeal must be clearly marked Privacy Act Appeal.

If the Office of Information and Privacy affirms my decision, you will have an opportunity to provide us with a statement of disagreement which will then be placed in the file. 28 C.F.R. § 16.46.



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Unit*
*600 E Street, N.W., Room 7300*     FEB 1 5 2005
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

---

Requester: _Kendrick J. Fulton_    Request Number: __05-339__

Subject: _Self (lab tests)_

Dear Requester:

     The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act and/or Privacy Act request.   The EOUSA is the official record keeper for all records located in this office and the various United States Attorney's offices.

     You requested information which is not information maintained by the EOUSA or by the individual United States Attorney's Offices, but is maintained by the Drug Enforcement Administration (DEA).  Please contact the DEA directly at the following address:

> Drug Enforcement Administration
> Freedom of Information Operations Unit
> Department of Justice
> 700 Army Navy Drive
> Arlington, VA 22202

     This office is continuing its work on the other subject/districts mentioned in your request.

                                        Sincerely,

                                        *Marie A. O'Rourke*

                                        Marie A. O'Rourke
                                        Assistant Director

EXHIBIT **B**

                                        Form No. 042 - 6/02

 

**U.S. Departm_____ of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information/Privacy Act Staff*
*600 E Street, N.W., Room 7300*
*Washington, D.C. 20530*
*202-616-6757  Fax 202-616-6478*

MAR 2 4 2005

Requester:___**Kendrick J. Fulton**_____  Request Number:___**05-339**_____

Subject of Request:_____**Self (Lab Tests)**_____

Dear Requester:

Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official recordkeeper for all records located in this office and the various United States Attorneys' offices. To provide the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes. No records are being withheld by this office.

[ X ]  A review of the material revealed:

[ X ]  _3_ pages originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the component(s) listed for review and direct response to you: **3 Pages to the Drug Enforcement Administration.**

[   ]  There are public records which may be obtained from the clerk of the court or this office, upon specific request. If you wish to obtain a copy of these records, you must submit a new request. These records will be provided to you subject to copying fees.

You may appeal this determination by writing within 60 days to the Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530

This is the final action this office will take concerning your request.

Sincerely,

Marie A. O'Rourke
Assistant Director

05 1300

Enclosures

**EXHIBIT C**

FILED

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

Drug Enforcement Administration

---

March 16, 2005
*Washington, D.C. 20537*

Request Number:          ▉▉▉▉▉▉▉

Subject of Request:      DRUG LAB RESULTS: EX'S 53, 54, 55, 57 (DEA LAB #154287) 58, 59, 60-
                         65, 65A, 67, 68, 75, 76 AND EX. 131 (DEA LAB #144908) AND A COPY
                         OF A CALL THAT DEA IS IN POSSESSION OF AS SWORN TO BY S/A
                         STEPHEN C. THOMAS OF THE LUBBOCK DIV. IN A 2002 WIRETAP
                         AFFIDAVIT

FCI
P.O. BOX 30001 B-1
FORREST CITY, AR 72335

DEAR KENDRICK J. FULTON:

The Drug Enforcement Administration (DEA) has received your Freedom of
Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting
processing. In order to expedite all requests that require retrieval, processing and duplication
of documents, your request will be handled in chronological order based on the date of this
letter.

Your request has been assigned the above number. Please include this number in any
future correspondence to this office regarding this request.

This letter confirms your obligation that by filing your request, you have implicitly
agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you
seek a waiver of fees (28 C.F.R. 16.3 (c)).

Please be assured that your request is being handled as equitably as possible. Upon
completion of the processing, you will be notified of all applicable fees, and payment will be
required prior to release of any records. If there are not fees associated with the processing of
your request, all documents that can be released will be made available to you at the earliest
possible date.

                                        Sincerely,

                                        *Katherine Myrick*

**EXHIBIT D**                            Katherine L. Myrick
                                        Chief, Operations Unit
                                        FOI/Records Management Section

**05 1300**

**FILED**

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

*DEA FOIA Home Page... http://www.usdoj.gov/dea/foia/dea.htm*

May 14, 2005

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section
USDOJ-DEA
Washington, DC 20537

Re: Request No. 05-0608-P

Mrs. Myrick,

My name is Kendrick J. Fulton, I am trying to check on the status of the above request number. I have enclosed a copy of your last letter to me in which you informed me that my request was being processed. Please check on the status of my request and let me know how much longer it may be, seeing that it has been two months since your letter was sent to me.(March 16,2005)

Please send any and all responses to my inquiry to the addres below. Thank you.

Sincerly,

Kendrick J. Fulton #30080-177
FCI-Forrest City (Medium)
PO Box 3000/B-1
Forrest City, AR 72335

EXHIBIT E

05 1300

FILED

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

---

*Washington, D.C. 20530*

## MAY 1 3 2005

Kendrick J. Fulton
Reg. No. 30080-177
Unit:  B-1
F.C.I. - Forrest City
P.O. Box 3000
Forrest City, AK  72335

Dear Mr. Fulton:

Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within twenty business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records.  The component(s) to which your request has been forwarded are indicated on the enclosed FOIA/PA Referral/Action Slip.  All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Criminal Division
> Department of Justice
> 950 Pennsylvania Avenue, NW, Suite 1127
> Washington, DC   20530
> (202) 616-0307

> FOIA/PA
> Drug Enforcement Administration
> Department of Justice
> 700 Army Navy Drive
> Arlington, VA   22202
> (202) 307-7596

05 1300

EXHIBIT F

# FILED

JUN 2 9 2005

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Fulton                                                                                          Page 2

FOIA/PA
Executive Office for U.S. Attorneys
Department of Justice
600 E Street, NW, Room 7300
Washington, DC  20530
(202) 616-6757

Also, per your request we are sending you a copy of the United States Department of Justice Title 28, CFR, Part 16.

Sincerely,

*Ronald Deacon*

Ronald L. Deacon, Director
Facilities and Administrative
    Services Staff
Justice Management Division

Enclosures
FOIA/Privacy Act Referral/Action Slip
Title 28, CFR, Part 16

May 17, 2005

Ronald L. Deacon, Director
Facilities and Adminstrative Services Staff
Justice Management Division
Washington, DC 20530

Re: Request No. 05-0608-P

Mr. Deacon,

I am in receipt of your letter dated May 13, 2005, in which you inform me that my
request has been recieved. I have enclosed your letter for reference, I am somewhat
confused as to how my request is being handled. Also enclosed is a copy of a letter
from **Katherine L. Myrick**, Chief, Operations Unit for the DEA dated March 16, 2005, in
her letter she informs me that my request is awaiting processing and is assigned the
above reference number.

It is my understanding that my request has been "awaiting processing" since March 16,
2005, so therefore I do not really understand what your letter is all about. Please check
into this matter for me and let me know if and when my request is being handled.
Please respond to the address below, I thank you in advance.


Kendrick J. Fulton #30080-177
Federal Correctional Institution
P.O. Box 3000/B-1
Forrest City, AR 72335

Enclosures
Letter Dated 3/16/05 from K. Myrick, DEA

EXHIBIT G

05 1300

FILED

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**JUN 0 6 2005**

Mr. Kendrick J. Fulton
Register No. 30080-177, Unit B-1
Federal Correctional Institution      Re:  Appeal No. 05-1225
Post Office Box 3000                        Request No. 05-3309
Forrest City, AR   72335                    RLH:ADW:ALB

Dear Mr. Fulton:

    You appealed from the action of the Executive Office for United States Attorneys on your request for copies of laboratory results from your criminal case.

    After carefully considering your appeal, I have decided to affirm the EOUSA's action on your request.

    The EOUSA informed you that it referred three pages of records to the Drug Enforcement Administration for processing and direct response to you.  This action was proper and in accordance with Department policy.  See 28 C.F.R. § 16.4(c) (2004).

    On appeal, you have requested copies of laboratory results concerning nineteen specifically-enumerated trial exhibits from your criminal case.  I have been advised by the EOUSA that it previously referred 2472 pages to the DEA in response to your earlier request (EOUSA Request No. 04-517), which included copies of all laboratory results maintained in the EOUSA's files.  If you wish to have the EOUSA once again refer copies of these laboratory results to the DEA for processing, please contact the EOUSA directly and it will do so, subject to applicable search and duplication fees.

    If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                            Sincerely

**EXHIBIT H**                              Richard L. Huff
                                            Co-Director

**05 1300**

**FILED**

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT