# United States District Court

_____ DISTRICT OF _____

KENDRICK JERMAINE FULTON
Plaintiff

v.

EXECUTIVE OFFICE FOR THE U.S. ATTORNEYS
DRUG ENFORCEMENT ADMINISTRATION
CRIMINAL DIVISION
OFFICE OF INFORMATION AND PRIVACY
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 05 1300

FILED
JUN 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, KENDRICK J. FULTON, declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [x] Yes   [ ] No   (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _____

    Are you employed at the institution? YES   Do you receive any payment from the institution? YES

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [ ] No   N/A

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes   [x] No
    b. Rent payments, interest or dividends             [ ] Yes   [x] No
    c. Pensions, annuities or life insurance payments   [ ] Yes   [x] No
    d. Disability or workers compensation payments      [ ] Yes   [x] No
    e. Gifts or inheritances                            [ ] Yes   [x] No
    f. Any other sources                                [ ] Yes   [x] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

2