

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 50080177 | Current Institution: | Forrest City FCI |
| Inmate Name: | FULTON, KENDRICK | Housing Unit: | UNIT B-1 |
| Report Date: | 07/21/2005 | Living Quarters: | B01-120L |
| Report Time: | 3:20:12 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5461 |
| FRP Participation Status: | Completed |
| Arrived From: | OAK |
| Transferred To: | |
| Account Creation Date: | 11/17/2003 |
| Local Account Activation Date: | 1/26/2005 4:07:33 AM |
| Sort Codes: | |
| Last Account Update: | 7/21/2005 11:14:24 AM |
| Account Status: | Active |
| ITS Balance: | $0.59 |

**FILED**

JUL 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $28.10 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $28.10 |
| National 6 Months Deposits: | $1,827.53 |
| National 6 Months Withdrawals: | $2,099.12 |
| National 6 Months Avg Daily Balance: | $154.86 |
| Local Max. Balance - Prev. 30 Days: | $264.21 |
| Average Balance - Prev. 30 Days: | $92.88 |

4

## Commissary History

### Purchases

Validation Period Purchases: $192.88
YTD Purchases: $1,448.82
Last Sales Date: 7/21/2005 11:14:24 AM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $178.08
Remaining Spending Limit: $111.92

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

List Name    List Type    Start Date    End Date    Userid    Active

## Comments

Comments: