UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENDRICK FULTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1300 RMU |
| | ) |
| EXECUTIVE OFFICE FOR U.S. ATTORNEYS, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

UPON CONSIDERATION of Defendants' Motion For A More Definite Statement, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2005 hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that, within thirty days of the date of this Order, Plaintiff shall file a statement which completely describes the Freedom of Information Act request or requests he seeks to litigate in this action, including a list of specific documents which he seeks in this action; and it is

FURTHER ORDERED that Defendant shall file a response to the Complaint in this action within 30 days of receiving Plaintiff's more definite statement.

_____
UNITED STATES DISTRICT JUDGE

copies to :

W. MARK NEBEKER
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC 20530

KENDRICK FULTON
FBOP 80080-177
FCC Forrest City
P.O. Box 3000 / B-1
Forrest City, AR  72335

-2-