Kendrick Fulton v. EOUSA,
Civil Action No. 05-1300 RMU.

**Attachment 1**
(DEA FOIA Request No. 05-0608-P)

| AGENCIES: | DEA FOI/PA | DIRECT RESPONSE TO: |
|---|---|---|

AGENCIES:      DEA FOI/PA

( ) United States Parole Commission
( ) Federal Bureau of Investigation     MAR 05 09 30
( ) Immigration & Naturalization service
( ) Internal Revenue Service
( ) United States Attorney
( ) Treasury Department
( ) Bureau of Prisons
( ) State Agency
(X) Other:    DEA

DIRECT RESPONSE TO:

Name: Kendrick J. Fulton

Reg. No.: 30080-177

Unit:        B-1

Date:    2/26/05

TO:
DEA
FOI Operations Unit
DOJ
700 Army Navy Dr.
Arlington, VA 22202

IDENTIFICATION OF REQUESTER:
NAME: Kendrick J. Fulton
ALIAS:
DATE OF BIRTH: ███
PLACE OF BIRTH: Houston, TX
F.B.I. NO:
SOC. SEC. NO: ███
OTHER:

RE:  FREEDOM OF INFORMATION ACT
( U.S.C. 552), PRIVACY ACT
(5 U.S.C. 552a (d) (1)) Request:
EXEMPTIONS (5 U.S.C. 552 (6) (C)
(B) (7)), GENERAL ( U.S.C. 552 A
(J) (2) OR SPECIFIC ( U.S.C.
552 a (k) (2)) NOT APPLICABLE TO
THIS REQUEST.


Right Thumb    Right Index
RT             RI

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports: and (6) any and / or all information, data, or reports not otherwise exempt by statute (5 U.S.C. (66) (c) (b) (7)), (5 U.S.C. 52a (j) (2), (k) (2), or law, Tarlton, v. Saxbe, 507, F.2d. 1116, 165 U.S. App. D.C. 293 (1974), Menard v. Saxbe, 498 F.2d. 1017, 162 U.S. App. D.C. 284 (1974), Sullivan v. Murphy, 478 F. 2d. 38, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and/or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v. La Parde, 524 F.2d 862(CA3 1975), Tarlton v. Saxbe, 507 F.2d. 1116, 165 U.S. App. D.C. 293 91974), of Linda R.S. v. Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d. 536, (1973).

It is further requested that your Agency provide me with a copy of specific regulations of your Department as provided by statute (5 U.S.C. 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 U.S.C. 701 et. seq.).

This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a) (together with the "alternate means of access"), to permit access to records on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute (5 U.S.C. (6) (c) (b) (7), 552a (j) (2), (k) (2) or by regulation (Menard v. Mitchell, 430 F.2d. 486, 139 U.S. App. D.C. 113 (1970), Nemetz v. Department of Treasury, 446 F. Supp. 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. LaParde, 524 F. 2d 862 (CA3 1975), Chastain v. Kelly, 510 F. 2d. 1232. I further agree to pay any reasonable costs, or file IN FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon request.

Yours truly,

Ken Titus

Dated: 2-26-05

(3)

U.S. Department of Justice                    Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.4(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disseminated by the Department's failure to furnish this information will result in no action being taken on the request by the System Manager. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 522a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20530.

Full Name of Requester [1] _Kendrick J. Fulton_

Current Address _PO Box 3000 1B-1_

Date of Birth ███████████████

Place of Birth _Houston, TX_

Social Security Number [2] ███████████████

I declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [3] _/s/ Kendrick Fulton_                    Date _2-26-05_

**Optional: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. § 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____
(Print or Type Name)

[1] Name of individual who is the subject of the record sought.
[2] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[3] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/1/99

FORM DOJ-361
FEB. 96

I am specifically requesting copies of drug lab results done in criminal case No. 5:02-CR-094-C in the NOrthern District of Texas, Lubbock DIvision. Enclosed is a copy of the exhibit list from which I seek copies of controlled substances lab results.

They are as follows: Ex's 53,54,55,57(DEA Lab #154287)58,59,60-65, 65a,67,68,75,76, and Ex. 131(DEA LAB Number 144908) Also I would like a copy of a phone call that this agency is in possession of as sworn to by Agent Stephen C. Thomas of the Lubbock Division in a2002 wiretap affidavit that I had directed my calls to a number that was the target of a wire intercept on or about November 15,2001. (See copy of affidavit page 19 paragraph #30)

The wiretap affidavit wa from WI No. 02-01 in the NDTX signed by Hon. Mary Lou Robinson on FEbruary 14,2002. I also would like the Lab results on the controlled substance purchased by Agent Stephen Thomas on January 10,2001 the total amount was 113.5 grams(see attachment)

| 52 | Address book with glass pipe and assorted papers seized from 1604 N. Washington on 03/14/02 | | |
|---|---|---|---|
| 53 | Rock of Cocaine Base (Crack Cocaine) seized from 1604 N. Washington on 03/14/02 | | |
| 54 | Pyrex measuring cup with Cocaine residue seized from 1604 N. Washington on 03/14/02 | | |
| 55 | Toyo digital scales with Cocaine residue seized from 1604 N. Washington on 03/14/02 | | |
| 56a | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56b | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56c | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56d | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56e | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56f | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56g | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56h | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56i | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56j | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |
| 56k | Photograph taken during 03/14/02 search warrant at 1811 Avondale | | |

| 57 | 172.3 grams of Cocaine Base (Crack Cocaine) and 3 baggies seized from 1811 Avondale on 03/14/02 | | |
|---|---|---|---|
| 58 | Tanita scales with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 59 | O'haus scales with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 60 | Two quart glass measuring cup seized from 1811 Avondale on 03/14/02 | | |
| 61 | Two quart glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 62 | Two quart glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 63 | One quart glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 64 | One quart glass measuring cup seized from 1811 Avondale on 03/14/02 | | |
| 65 | One cup glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 65a | One quart glass measuring cup with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 66 | Wire whisk with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 67 | Wire whisk with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |
| 68 | Plastic strainer with Cocaine residue seized from 1811 Avondale on 03/14/02 | | |

| | | | |
|---|---|---|---|
| 69 | Notebook paper with "Bezzy" and a telephone number written on it seized from 1811 Avondale on 03/14/02 | | |
| 70 | Two photographs seized from 1811 Avondale on 03/14/02 | | |
| 71 | One photograph seized from 1811 Avondale on 03/14/02 | | |
| 72 | Box of Glad sandwich bags seized from 1811 Avondale on 03/14/02 | | |
| 73 | Box of Albertson sandwich bags seized from 1811 Avondale on 03/14/02 | | |
| 74a | Photograph taken during 03/14/02 search warrant at 1812 Poplar | | |
| 74b | Photograph taken during 03/14/02 search warrant at 1812 Poplar | | |
| 74c | Photograph taken during 03/14/02 search warrant at 1812 Poplar | | |
| 75 | One quart glass measuring cup with Cocaine residue seized from 1812 Poplar on 03/14/02 | | |
| 76 | Set of scales seized from 1812 Poplar on 03/14/02 | | |
| 77 | Application and trade confirmation from Joseph Stevens & Company seized from 1812 Poplar on 03/14/02 | | |
| 78 | Three U.S. Postal Service money order customer receipts & a U.S. Postal Serivce cash register receipt seized from 1812 Poplar on 03/14/02 | | |
| 79 | Empty envelope postmarked February 16, 2002 from Demetra Underwood to Ken Fulton seized from 1812 Poplar on 03/14/02 | | |

| | | | |
|---|---|---|---|
| 126 | Equifax credit report for Fulton seized from 1812 Poplar on 03/14/02 | | |
| 127 | Transamerica Bank credit card statement in the name of Demetra Underwood seized from 1812 Poplar on 03/14/02 | | |
| 128 | Jewelry appraisal for a 14 carat white gold cross and chain and a platinum ring seized from 1812 Poplar on 03/14/02 | | |
| 129a | Photograph taken during 03/14/02 search warrant at 1112 NW 21st St. | | |
| 129a | Photograph taken during 03/14/02 search warrant at 1112 NW 21st St. | | |
| 130 | Poster of Fulton, Cofer and Mike Tyson seized from 1112 NW 21st St. on 03/14/02 | | |
| 131 | 101.5 grams of Cocaine Base (Crack Cocaine) purchased from Fulton by DEA - Task Force Officer Perry Moore on 01/26/01 | | |
| 132 | Cassette tape containing 5 conversations with Fulton on 01/26/01 | | |
| 132a | Transcript of GE #132 | | |
| 133 | Cassette tape of drug purchase between Fulton and Agent Perry Moore on 01/26/01 | | |
| 133a | Transcript of GE #133 | | |
| 134 | Cassette of conversation on 09/13/01 | | |
| 134a | Transcript of GE #134 | | |
| 135 | Cassette tape of conversation on 12/13/01 | | |
| 135a | Transcript of GE #135 | | |
| 136 | Plea Agreement - Edgar Joe Cofer, III | | |
| 137 | Plea Agreement - Eulina Smith | | |
| 138 | Plea Agreement - Arthur Glynn | | |

## COOPERATING SOURCE (CS) #4

30. On January 21, 2001, DEA Task Force Officer (TFO) Perry Moore was working in an undercover capacity with CS#4. TFO Moore and CS#4 contacted Kendrick J. FULTON on his cellular telephone at (806) 584-8039 to arrange a Cocaine Base (Crack Cocaine) purchase. As a result of this telephone conversation, TFO Moore and CS#4 met with FULTON at 1604 N. Washington Street in Amarillo. During this meeting, TFO Moore and CS#4 purchased approximately 128.1 gross grams of Cocaine Base (Crack Cocaine) from FULTON for $2,700.00. Both the telephone conversation and the drug transaction between TFO Moore, CS#4 and FULTON were consensually recorded. On or about November 15, 2001, your affiant learned via FULTON's telephone voice message on (806) 584-8039 that FULTON was directing his telephone calls to his new telephone number, **target telephone #2**.

31. During a February 21, 2001 interview, CS#4 informed your affiant that in approximately May or June of 2000, he/she purchased around nine ounces of Cocaine Base (Crack Cocaine) from FULTON paying approximately $5,000.00 for the drugs.

32. During a March 1, 2001 interview, CS#4 informed TFO Moore that FULTON and COFER are involved distributing Cocaine and Cocaine Base (Crack Cocaine) in the Amarillo area. CS#4 further stated that they have a source of supply in the Houston, Texas area and that they use young, black females to transport Cocaine from Houston to Amarillo.

33. During a March 19, 2001 interview, CS#4 informed TFO Moore that FULTON represents a rapper known as "Mr. Coop" under the Fulton Entertainment label. "Mr. Coop" has been identified as **Lajuane COOPER**. CS#4 informed agents that COOPER distributes Cocaine for FULTON and that FULTON would allow COOPER to drive several of his

AFFIDAVIT - Page 19

AFFIDAVIT - Page 10



Texas to meet with COFER to purchase Cocaine Base (Crack Cocaine). Upon arriving at COFER's residence, your affiant was met by CS#1. CS#1 and your affiant approached the residence, knocked on the door and were let into the house by COFER. Once inside the residence, COFER motioned for your affiant to meet him in the kitchen area. Once in the kitchen, your affiant and COFER began to discuss the drug transaction. Your affiant advised COFER that he wanted to purchase three ounces of Cocaine Base (Crack Cocaine). Your affiant gave COFER his cellular telephone number and COFER advised your affiant to give him twenty minutes and he would call to let your affiant know where to meet him. Moments after arriving at a safe location, your affiant received a telephone call from COFER using (806) 236-0082 (this number was changed by COFER on January 7, 2002 to **target telephone #1**). Caller ID, COFER's toll records and your affiant's own telephone records indicate COFER called from (806) 236-0082. COFER and your affiant agreed to meet at 1604 N. Washington Street, Amarillo, Texas. After arriving at this location, your affiant and CS#1 met with COFER. As a result of this telephone conversation and meeting, your affiant purchased approximately 113.5 gross grams of Cocaine Base (Crack Cocaine) from COFER for $2,000.00. The telephone conversations and the drug transaction were consensually recorded. (Surveillance units were able to observe COFER leave his residence to meet your affiant) COFER left his residence and traveled to the residence of Kendrick J. FULTON. COFER went inside FULTON's residence and came out a short time later with an unknown black male. He then left FULTON's residence in a different vehicle than he had arrived) COFER made "heat runs" when he departed in an attempt to avoid possible law enforcement detection. COFER then met with unknown persons in a van about one (1) block north of 1604 N. Washington Street. COFER then drove to 1604 N.

AFFIDAVIT - Page 11