<u>Kendrick Fulton</u> v. <u>EOUSA</u>,
Civil Action No. 05-1300 RMU

**Attachment 2**

(EOUSA FOIA Request No. 05-339)

AGENCIES:
( ) United States Parole Commission
( ) Federal Bureau of Investigation
( ) Immigration & Naturalization service
( ) Internal Revenue Service
( ) United States Attorney
( ) Treasury Department
( ) Bureau of Prisons
( ) State Agency
(X) Other: EOUSA Office, Washington DC

DIRECT RESPONSE TO:

Name: Kendrick J. Fulton
Reg. No. 30080-177
Unit: Rapides 2
Date: November 19, 2004

TO:

EOUSA
FOI/PA Staff
600 E. Street NW Rm. 7300
Washington, DC 20530

IDENTIFICATION OF REQUESTER:
NAME: Kendrick Fulton
ALIAS:
DATE OF BIRTH: ███
PLACE OF BIRTH:
F.B.I. NO:
SOC. SEC. NO: ███
OTHER:

RE: FREEDOM OF INFORMATION ACT
( U.S.C. 552), PRIVACY ACT
(5 U.S.C. 552a (d) (1)) Request:
EXEMPTIONS (5 U.S.C. 552 (6) (C)
(B) (7)), GENERAL ( U.S.C. 552 A
(J) (2)) OR SPECIFIC ( U.S.C.
552 a (k) (2)) NOT APPLICABLE TO
THIS REQUEST.

Right Thumb | Right Index
[fingerprint images]

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungment (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports: and (6) any and / or all information, data, or reports not otherwise exempt by statute (5 U.S.C. (66) (c) (b) (7)), (5 U.S.C. 52a (j) (2), (k) (2), or law, Tarlton v. Saxbe, 507, F.2d. 1116, 165 U.S. App. D.C. 293 (1974), Menard v. Saxbe, 498 F.2d. 1017, 162 U.S. App. D.C. 284 (1974), Sullivan v. Murphy, 478 F. 2d. 58, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer accorded exempt status unless under the specific exemption noted, and only with reference to specific

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and/or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific material that was released, the person within your Agency who released such information, and the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v. La Parde, 524 F.2d 562 (CA3 1975), Tarlton v. Saxbe, 507 F.2d 1116, 165 U.S. App. D.C. 293 91974), of Linda R.S. v. Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L.Ed. 2d. 536. (1973).

It is further requested that your Agency provide me with a copy of specific regulations or your Department as provided by statute (5 U.S.C. 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 U.S.C. 701 et. seq.).

This request is made under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a) (together with the "alternate means of access"), to permit access to records on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by statute 5 U.S.C. (6) (c) (b) (7), 552a (j) (2), (k) (2) or by regulation (Menard v. Mitchell, 430 F.2d 486, 139 U.S. App. D.C. 113 (1970), Nemetz v. Department of Treasury, 446 F. Supp. 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to identification of source, the permission is granted to Agency to delete source identification ONLY from the material for release. Paton v. LaParde, 524 F. 2d 562 (CA3 1975), Chastain v. Kelly, 510 F. 2d 1232 I further agree to pay any reasonable costs, or file IN FORMA PAUPERIS if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regulations, and the date as to when your Agency will be able to act upon request.

Yours truly,

*[signature: Ken J...]*

Dated:: 11-19-04

[3]

Examples of specific requests:

I am requesting lab results from Criminal Case No. 5:02-CR-094-C
1). that was prosecuted in the Northern District of Texas
The agency involved in the investiagtion was the Lubbock Texas DEA
Office, lead agent was Stephen C. Thomas, and the Office Supervisor
was Lonnie Watson. The DEA Lab numbers are; 144908 done by DEA
chemist Maria Hernandez of the Southeast Lab in Miami Florida,
2). and lab number 154287 done by DEA chemist Rajesh R. Patel
of the Southcentral Lab in Dallas Texas. I am requesting any and
all lab results and tests done in this investigation. The case
was prosecuted by AUSA Tanya K. Pierce of Lubbock Texas.

3). _____

4). _____

5). _____

November 19, 2004

Tanya K. Pierce, AUSA
1205 Texas Ave. 7th Floor
Lubbock, Texas 79403

Re: DEA Lab results Case No. 5:02-CR-094-C

Mrs. Pierce,

I am seeking copies of all lab results done in the above referenced case, in which I was prosecuted. The DEA Lab numbers are 144908, done by DEA chemist Maria Hernandez of the Southeast Lab; Miami, Fl. The other test was done by DEA chemist Rajesh R. Patel of the DEA SouthCentral Lab, Dallas Texas number 154287. I also need any other lab results done on other substances in my case.

All of the information requested should be available to me pursuant FOIA/PA, and a formal request is being made to the EOUSA's office and the DEA FOIA/PA Department, both in Washington DC. Please send the requested lab results to the address below.

Yours truly,

Kendrick J. Fulton 30080-177
Federal Correctional Institution
PO Box 5000/R-2
Oakdale, LA 71463


cc: Fifth Circuit Court of Appeals
    Honorable Sam R. Cummings
    EOUSA Office, Washington DC
    DEA FOIA/PA Office, Washington DC

November 19, 2004

DEA Agent Lonnie Watson
DEA Office Lubbock Division
1015 9th St.
Lubbock, Texas 79401

Re: DEA Lab results Case No. 5:02-CR-094-C

Mr. Watson,

My name is Kendrick Fulton, I was investigated by your agency in the above referenced case number in the Northern District of Texas. Agent Stephen C. Thomas was the lead case agent. I am seeking copies of lab tests results done on controlled substances obtained in this investigation. The numbers are; 144908 done by DEA chemist Maria Hernandez of the Southeast Lab in Miami Florida, and number 154287 done by Rajesh R. Patel of the Southcentral Lab in Dallas, Tx.

I would also like copies of all other labe results gathered in this investigation, a formal request is being made to the DEA Office in Washington DC as well for these requests. All requested lab results are available to me through FOIA/PA, please mail the reqested results to the address below.

Yours truly,

*[signature]*

Kendrick J. Fulton 30080-177
Federal Correctional Institution
PO Box 5000/R-2
Oakdale, LA 71463

cc: Fifth Circuit Of Appeals
    Honorable Sam R. Cummings
    DEA FOI/ Records Mgt. Section
    EOUSA Office Washington DC