IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,            )
                            )
    Plaintiff,              )
                            )
v.                          ) Civil Action No. 05-1300 RMU
                            )
EXECUTIVE OFFICE FOR        )
    U.S. ATTORNEY, et.al,   )
                            )
    Defendants.             )

**PLAINTIFF'S RESPONSE TO A REQUEST FOR A MORE DEFINATE STATEMENT**

This is in response to the Defendants Motion For A More Definate Statement filed with this Court on September 16, 2005. Plaintiff will once again explain the self-explanatory nature of his suit.

**Exhibit A**

A. Lab Results

The Defendants are correct in their statement that "it seems that Plaintiff is simply seeking copies of drug laboratory results relating to the exhibits that he has markd with an "X" in Exhibit A and possibly a copy of a tape recording ." (Definate Statement Brief at pg. 4) That is exactly what Plaintiff is seeking.

There is no vagueness in Plaintiff's requests. Plaintiff is simply seeking the lab results done on exhibits presented at his criminal trial that are indicated with an "X" in Plaintiff's Exhibit A, and also are the subject of Request in Plaintiff's Exhibit D. **Everything with an "X" by it in Exhibit "A" Plaintiff seeks copies of the lab results.**

Plaintiff seeks the records of the "presumptive test(s)," which is a "color test" done on the the Exhibits. Also Plaintiff seeks records of gas chromatogram (GC), and gas chromatogram mass spectroscopy (GCMS), and infrared mass spectroscopy (IR) records that were performed on

1

the Exhibits.

### B. November 15, 2001 Voice Message

In the February 2002 wiretap affidavit Agent Stephen C. Thomas stated the following:

> On or about November 15, 2001, your affiant learned via **FULTON's** telephone voice message on (806) 584-8039 that **FULTON** was directing his telephone calls to his new telephone number, **target telephone #2**.

(Plaintiff's Exhibit A).

Plaintiff is seeking a copy of this voice message that Agent Thomas clearly states he learned that Plaintiff was directing his calls to **target telephone #2**. It seems that the Defendants are conceding that no such "voice message" exists. If this is the case, Plaintiff seeks a More Definate Statement from the Defendants to verify if the "voice message" exists or not.

Plaintiff wishes to bring to the Court's attention that Defendants do not argue that Plaintiff is not entitled to the requested documents, nor do the Defendants argue that they are not in violation of the time requirements of the Act. It appears that the only reason for the Defendants Motion is to find out what exactly Plaintiff is requesting, although obvious in Plaintiff's original petition. This appears to be nothing more than an attempt by the Defendants to delay complying with Plaintiff's reqests. Plaintiff has clearly identified what FOIA request(s) is (are) at issue in this action, and has specifically listed what documents are now sought.

### CONCLUSION

WHEREFORE, based on the foregoing, Plaintiff requests that the Court accept this timely filed "More Definate Statement," and not grant the Defendants an extension of 30 days to respond, but require the Defendants to respond by the Ordered date of the Court already set.

Respectfully submitted,

**KENDRICK J. FULTON**
(Plaintiff, In Proper Person)
FBOP# 30080-177
FCC-Forrest City (Med.)
PO BOX 3000/B-1
Forrest City, AR 72335

CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Plaintiff's Response To Defendants Request For A More Definate Statement has been made by mailing copies thereof to:

| | | |
|---|---|---|
| W. Mark Nebeker | R. Craig Lawrence | Kenneth L Wainstein |
| AUSA | AUSA | AUSA |
| Civil Division | Civil Division | Civil Division |
| 555 4th Street, NW | 555 4th Street, NW | 555 4th Street, NW |
| Washington, DC 20530 | Washington, DC 20530 | Washington, DC 20530 |

KENDRICK J. FULTON

DATE: September 21, 2005