IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                )
                                )
    Plaintiff,                  )
                                )
v.                              ) Civil Action No. 05-1300 RMU
                                )
EXECUTIVE OFFICE FOR            )
    U.S. ATTORNEY, et.al,       )
                                )
    Defendants.                 )

## PLAINTIFF'S REQUEST FOR ADMISSIONS

The following is a Request For Admissions in regards to requested items that are the subject of this suit. Plaintiff is seeking a standard Yes/No answer to the following Requests for Admissions.

A. <u>Lab results</u>

1) Ex. 53- Is definately, and can only be "Crack Cocaine."   **Yes**___   **No**___

2) Ex's. 54,55- Residue came from "Crack Cocaine" only.   **Yes**___   **No**___

3) Ex. 57- Is definately, and can only be "Crack Cocaine."   **Yes**___   **No**___

4) Ex's. 58,59- This exhibit is definately "Powder Cocaine."   **Yes**___   **No**___

5) Ex. 60- No substance was found on this exhibit.   **Yes**___   **No**___

6) Ex.'s 65, 67, 68- Contain traces of powder cocaine only.   **Yes**___   **No**___

8) Ex. 75's- Residue could only come from "Crack Cocaine."   **Yes**___   **No**___

9) Ex. 76- No substance was found on this exhibit.   **Yes**___   **No**___

10) Ex. 131- Is defintely, and can only be "Crack Cocaine."   **Yes**___   **No**___
Exhibit 131 weighed 128.1 grams.   **Yes**___   **No**___
Exhibit 131 weighed 105 grams.   **Yes**___   **No**___
Exhibit (131) has always weighed 101.5 grams.   **Yes**___   **No**___

B. <u>Voice Message</u>

1) Defendants have records of this voice message.   **Yes**___   **No**___

2) Defendants have no record of this voice message.   **Yes**___   **No**___

3) Defendants have never had any records of this voice message. **Yes**___ **No**___

4) No such voice messeag ever existed.   **Yes**___   **No**___

5) The agency obtained the telephone # to target telephone #2 by some other means, not by voice message as stated in the affidavit.   **Yes**___   **No**___

6) The statement that target telephone #2's new number was learned via voice message is a false statement.   **Yes**___   **No**___

7) This agency cannot show any records that prove how target #2's telephone number was obtained.   **Yes**___   **No**__

8) Do the Defendants have records of how the number to target telephone # 2 was obtained.
   **Yes**___   **No**___

    Plaintiff requests that all answers to the Request For Admissions be answered under oath, and under penalty of perjury by the Defendants.

                                Respectfully submitted,

                                KENDRICK J. FULTON
                                (In Proper Person)
                                FBOP # 30080-177
                                FCC-Forrest City (Med.)
                                PO Box 3000/B-1
                                Forrest City, AR 72335

## CERTIFICATE OF SERVICE

 I hereby certify that service of the foregoing Plaintiff's Requests For Admissions has been made by mailing copies thereof to:

| W. Mark Nebeker | R. Craig Lawrence | Kenneth L Wainstein |
| --- | --- | --- |
| AUSA | AUSA | AUSA |
| Civil Division | Civil Division | Civil Division |
| 555 4th Street, NW | 555 4th Street, NW | 555 4th Street, NW |
| Washington, DC 20530 | Washington, DC 20530 | Washington, DC 20530 |

_____
KENDRICK J. FULTON

DATE: September 2_, 2005