UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENDRICK FULTON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1300 RMU |
| ) | |
| EXECUTIVE OFFICE FOR ) | |
|   U.S. ATTORNEYS, et al., ) | |
| ) | |
|     Defendants. ) | |

ORDER

UPON CONSIDERATION of Defendants' Motion For Protective Order, for the reasons set forth in support thereof, and based upon the entire record in this matter, it is by the Court this \_\_\_\_\_ day of _____, 2005, hereby

ORDERED that Defendant's Motion For Protective Order be and is hereby granted; and it is,

FURTHER ORDERED that all discovery in this action be and is hereby stayed until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

KENDRICK FULTON
FBOP 80080-177
FCC Forrest City
P.O. Box 3000 / B-1
Forrest City, AR  72335