```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                )
                                )
         Plaintiff,             )
                                )
    v.                          )  Civil Action No. 05-1300 RMU
                                )
EXECUTIVE OFFICE FOR            )
  U.S. ATTORNEYS, et al.,       )
                                )
         Defendants.            )
_____)
```

### REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT

Defendants have moved for an order directing Plaintiff to provide a more definite statement outlining which Freedom of Information Act ("FOIA") request(s) and documents he seeks to litigate in this action.[1] In "Plaintiff's Response To A Request For A More Definate [sic] Statement" ("Plaintiff's Response"), he has provided much of the needed information, but still has not explained the discrepancy in the whether he wants Lab Analyses relating to Exhibits 61, 62, 63 or 64. See Memorandum Of Points And Authorities In Support Of Defendant's Motion For A More Definite Statement at 3 fn.3 ("it appears that Plaintiff is no longer seeking copies of any reports relating to these exhibits [61, 62, 63 or 64]. Defendants, however, ask for confirmation of

---

[1] Plaintiff is incorrect in his assertion that the motion for more definite statement is "an attempt by the Defendants to delay complying with Plaintiff's [requests]." Plaintiff's Response at 2. Rather, Defendants are attempting to ensure that a more liberal reading of his FOIA requests is not employed later in this litigation or on appeal. See LaCedra v. Executive Office for United States Attorneys, 317 F.3d 345 (D.C. Cir. 2003).

this from Plaintiff.").[2]

Defendant therefore proposes to treat the Plaintiff's response as Plaintiff's more definite statement in all other respects, but asks that the Court call upon the Plaintiff to explain whether he seeks to secure through this litigation the production of any Lab Analyses that might be in the possession of the defendants relating to Exhibits 61, 62, 63 or 64.

                Respectfully submitted,

                _____
                KENNETH L. WAINSTEIN, DC Bar #451058
                United States Attorney

                _____
                R. CRAIG LAWRENCE, DC Bar #171538
                Assistant United States Attorney

                _____
                W. MARK NEBEKER, DC Bar #396739
                Assistant United States Attorney

---

[2] Plaintiff has now, somewhat inconsistently advised that he "is simply seeking the lab results done on exhibits presented at his criminal trial that are indicated with an 'X' in Plaintiff's Exhibit A [i.e. excluding exhibits 61, 62, 63 and 64], and also are the subject of Request in Plaintiff's Exhibit D [including exhibits "60-65"]. **Everything with an 'X' by it in Exhibit 'A' Plaintiff seeks copies of the lab results.**" Plaintiff's Response To A Request For A More Definite Statement at 1 (emphasis in original, bracketed language added).

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Reply In Support Of Defendants' Motion For A More Definite Statement has been made by mailing copies thereof to:

Kendrick Fulton
FBOP 80080-177
FCC Forrest City
P.O. Box 3000 / B-1
Forrest City, AR  72335

on this 3rd day of October, 2005.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7230