IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                )
                                )
    Plaintiff,                  )
                                )
v.                              ) Civil Action No. 05-1300 RMU
                                )
EXECUTIVE OFFICE FOR            )
    U.S. ATTORNEY, et.al,       )
                                )
    Defendants.                 )

### PLAINTIFF'S RESPONSE TO SECOND REQUEST FOR A MORE DEFINATE STATEMENT

This is in response to the Defendants Motion For A More Definate Statement filed with this Court on or about October 3, 2005. Defendants' are again trying to find out if Plaintiff is still seeking a copy of the lab results for Ex's 61,62,63 and 64. To clear up any confusion that the Defendants' may have, Plaintiff would also like the lab results of those exhibits along with those already requested. This should clear up any confusion the Defendants' may have, and no more Definate Statements should be needed.

Respectfully submitted,

**KENDRICK J. FULTON**
(Plaintiff, In Proper Person)
FBOP# 30080-177
FCC-Forrest City (Med.)
PO BOX 3000/B-1
Forrest City, AR 72335

1

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Plaintiff's Response To Defendants Request For A More Definate Statement has been made by mailing copies thereof to:

| | | |
|---|---|---|
| W. Mark Nebeker<br>AUSA<br>Civil Division<br>555 4th Street, NW<br>Washington, DC 20530 | R. Craig Lawrence<br>AUSA<br>Civil Division<br>555 4th Street, NW<br>Washington, DC 20530 | Kenneth L Wainstein<br>AUSA<br>Civil Division<br>555 4th Street, NW<br>Washington, DC 20530 |

KENDRICK J. FULTON

DATE: October \_\_\_\_, 2005