UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENDRICK FULTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1300 (RMU) |
| EXECUTIVE OFFICE FOR U.S. ATTORNEYS *et al.*, | : |
| Defendants. | : |

## MEMORANDUM ORDER

### Denying the Defendants' Motion for a More Definite Statement and Granting Defendants' Motion for a Protective Order

### I.  INTRODUCTION

This matter comes before the court on the defendants' motion for a more definite statement and a motion for a protective order.  The defendants request from the plaintiff a more definite statement of the documents the plaintiff seeks in this Freedom of Information Act ("FOIA") action.  Because, however, the plaintiff has already provided that information in previous filings, the court denies as moot the defendants' motion for a more definite statement.

The defendants have also filed a motion for a protective order to stay discovery in this matter until any dispositive motion is resolved by the court.  The defendants' motion is in response to the plaintiff's Request for Admissions.  Because discovery is not typically a part of FOIA actions, and because the defendant anticipates filing dispositive motions, the court grants the defendants' motion.

## II.    ANALYSIS

### A.    The Defendants' Motion for a More Definite Statement

The plaintiff, proceeding *pro se*, has brought this action under the FOIA, 5 U.S.C. § 552. The defendants have filed a motion for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure requesting that the court order the plaintiff to list the specific documents which he seeks from defendants. In response, the plaintiff states that he is requesting copies of the lab analyses related to trial exhibits 61-64 and a tape recording of a November 15, 2001 telephone call intercepted by a government wiretap. *See* Pl.'s Resp. to a Req. for a More Definite Statement. The defendant, however, concedes that the plaintiff has provided the information it has requested in its motion. *See* Reply in Supp. of Defs.' Mot. for a More Definite Statement; Pl.'s Resp. to Second Req. for a More Definite Statement. Therefore, the court denies the defendants' motion as moot.

### B.    The Defendants' Motion for a Protective Order

The defendants also move for a protective order to stay discovery in this case until the court resolves any dispositive motions brought by the parties. Discovery is not normally part of litigating a FOIA action. *Code v. FBI*, 1997 WL 150070 at * 8 (D.D.C. March 26, 1997). FOIA cases are typically and appropriately decided on motions for summary judgment. *Miscavige v. IRS*, 2 F.3d 366, 368 (11th Cir. 1993); *Rushford v. Civiletti*, 485 F. Supp. 477, 481 n.13 (D.D.C. 1980). In a FOIA case, the Court may award summary judgment solely on the basis of information provided by the department or agency in affidavits or declarations when the affidavits or declarations describe "the documents and the justifications for nondisclosure with reasonably specific detail, demonstrate that the information withheld logically falls within the

claimed exemption, and are not controverted by either contrary evidence in the record nor by evidence of agency bad faith." *Military Audit Project v. Casey*, 656 F.2d 724, 738 (D.C. Cir. 1981). Therefore, any discovery in a FOIA action may be postponed until the resolution of a summary judgment motion. *See Bureau of Nat'l Affairs, Inc. v. IRS*, 24 F. Supp. 2d 90, 92 (D.D.C. 1998).

Accordingly, since the defendants anticipate filing a dispositive motion, *see* Defs.' Mot. for Protective Order at 4., the court stays the discovery process pending the resolution of that motion.

### III.   CONCLUSION

For the foregoing reasons, it is this 16th day of December 2005, hereby

**ORDERED** that the defendants' motion for a more definite statement is **DENIED** as moot.   It is

**FURTHER ORDERED** that the defendants' motion for a protective order  is **GRANTED**.

**SO ORDERED.**

RICARDO M. URBINA<br>
United States District Judge