```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,               )
                               )
        Plaintiff,             )
                               )
    v.                         ) Civil Action No. 05-1300 RMU
                               )
EXECUTIVE OFFICE FOR           )
  U.S. ATTORNEYS, et al.,      )
                               )
        Defendants.            )
                               )
```

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to respond to Plaintiff's Motion For Partial Summary Judgment and to file a dispositive motion in this action, up to and including January 31, 2006.  Plaintiff is a federal prisoner and provides no telephone number at which he can be reached; he was not contacted regarding this motion.[1]

This request is made, because, counsel for defendants only received Plaintiff's Motion For Partial Summary Judgment upon his

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. Local Civil Rule 16.3(a) (emphasis added).

return to the office after the Holidays on January 3, 2006.[2] Although counsel has begun the process of completing the needed response and a dispositive motion in this case, additional time will be needed to complete the filing.[3]  This is due, in part, to the fact that counsel has been called upon by next week to complete a complex appellate brief in another case transferred to him.

Accordingly, Defendant requests an enlargement of time until January 31, 2006.  A proposed Order consistent with this motion is attached.

>                         Respectfully submitted,
>
>                         _____
>                         KENNETH L. WAINSTEIN, DC Bar #451058
>                         United States Attorney
>
>                         _____
>                         R. CRAIG LAWRENCE, DC Bar #171538
>                         Assistant United States Attorney
>
>                         _____
>                         W. MARK NEBEKER, DC Bar #396739
>                         Assistant United States Attorney

---

[2]  Although the paper copy of Plaintiff's motion indicates that it was served on December 23, 2005, the envelope in which it was received was dated at the Federal Correctional Institution on December 27, 2005; and it was not received until January 5, 2006. The document was also served by the Court's electronic transmission facility, but it was not sent until January 2, 2006.

[3]  Counsel anticipates the filing of a single memorandum addressing both why Defendants should prevail and Plaintiff should not.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made by mailing copies thereof to:

Kendrick Fulton
FBOP 80080-177
FCC Forrest City
P.O. Box 3000 / B-1
Forrest City, AR  72335

on this 5th day of January, 2006.

```
                              _____
                              W. MARK NEBEKER, D.C. Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, D.C.  20530
                              (202) 514-7230
```