```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

KENDRICK FULTON,                )
                                )
        Plaintiff,               )
                                )
    v.                          ) Civil Action No. 05-1300 RMU
                                )
EXECUTIVE OFFICE FOR            )
   U.S. ATTORNEYS, et al.,      )
                                )
        Defendants.              )
_____)

## ORDER

UPON CONSIDERATION of Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006 hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time within which Defendants may file a dispositive motion in this action and a response to Plaintiff's Motion For Partial Summary Judgment shall be and is hereby enlarged up to and including January 31, 2006.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER                     KENDRICK FULTON
Assistant United States Attorney    FBOP 80080-177
Civil Division                      FCC Forrest City
555 4th Street, N.W.                P.O. Box 3000 / B-1
Washington, DC 20530                Forrest City, AR  72335