```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                )
                                )
          Plaintiff,            )
                                )
     v.                         ) Civil Action No. 05-1300 RMU
                                )
EXECUTIVE OFFICE FOR            )
  U.S. ATTORNEYS, et al.,       )
                                )
          Defendants.           )
                                )
```

ORDER

UPON CONSIDERATION of the Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, the grounds stated therefor, and the entire record herein, it is the _____ day of _____, 2006 hereby

ORDERED that defendants' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

KENDRICK FULTON
FBOP 80080-177
FCC Forrest City
P.O. Box 3000 / B-1
Forrest City, AR  72335