```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                   )
                                   )
          Plaintiff,               )
                                   )
     v.                            )  Civil Action No. 05-1300 RMU
                                   )
EXECUTIVE OFFICE FOR               )
  U.S. ATTORNEYS, et al.,          )
                                   )
          Defendants.              )
_____)
```

                              ORDER

UPON CONSIDERATION of Plaintiff's Motion For Partial Summary Judgment and for the reasons set forth in opposition thereto as well as the reasons set forth in support of the Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment, and based upon the entire record herein, it is the

_____ day of _____, 2006, hereby

ORDERED that plaintiff's motion for partial summary judgment be and is hereby denied; and it is,

FURTHER ORDERED that plaintiff's complaint be and hereby is dismissed.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

```
W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

KENDRICK FULTON
FBOP 80080-177
FCC Forrest City
P.O. Box 3000 / B-1
Forrest City, AR  72335
```