UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENDRICK J. FULTON

    Plaintiff,             *

v.                      *   No. 05-1300 RMU

DRUG ENFORCEMENT
ADMINISTRATION,        *

    Defendants.        *

## PLAINTIFF'S MOTION FOR AN EXTENSION

    Plaintiff respectfully moves this court for an extension to file a response to the defendants' Motion To Dismiss in this cause.  Plaintiff has requested a More Definate Statement in regards to the Motion To Dismiss.  This Court has ordered that Plaintiff's response is due 30 days from January 31, 2006, (see Order Dkt. # 22).  In light of Plaintiff's request for a More Definate Statement, Plaintiff respectfully requests that this court will extend the response deadline two weeks, or for any period of time this court deems fair.

                                Respectfully submitted,

                                Kendrick J. Fulton
                                #30080-177
                                FCC-Forrest City (Med.)
                                PO Box 300/B-1
                                Forrest City, AR 72335

## CERTIFICATE OF SERVICE

I HERBY certify that a copy of the foregoing has been properly been served on the following:

Ken L. wainstein, AUSA    R.C. Lawrence, AUSA; W. Mark Nebeker, AUSA

Civil Division
555 4th Street, N.W.
Washington ,DC 20530

DATE: February 12, 2006

Kendrick J. Fulton