UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON, )
 )
    Plaintiff, )
 )
v. ) Civil Action No.05-1300 RMU
 )
DRUG ENFORCEMENT )
ADMINISTRATION, et al., )
 )
    Defendants. )
 )

## PLAINTIFFS' MOTION FOR A MORE DEFINATE STATEMENT

Plaintiff, respectfully moves this Court, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, for an order directing the defendants' to provide a more definate statement outlining which requested documents they are referring to when they state Plaintiff has not exhausted his remedies before seeking judicial review, therefore, warranting dismissal of Plaintiff's suit.

    Plaintiff files this motion to ensure that it is understood precisely what documents the defendants' are referring to in their claim of failure to exhaust remedies. Plaintiff is unsure if the defendants' are invoking the failure to exhaust remedies defense to all or part of Plaintiff's FOIA requests. In this action, Plaintiff is seeking copies of lab reports, and a alleged voice message that law enforcement swore in an affidavit to have learned Plaintiffs' phone number for a wiretap.(Attachment 1) Based on the defendants' failure to timely comply with this request, brought this action.

Defendants' have filed a Motion To Dismiss (MTD), based on Plaintiffs' failure to pay applicable search fees associated with the request. However, in regards to the requested lab reports the defendants' continue to search, and provide documents relating thereto. (Attachment 2) It is clearly understood that the lab reports are also part of this action, but it appears the failure to pay fees is only being applied to the request for the voice message.

In regards to the voice message, the defendants' neither admit or deny such a voice message exists. Defendants' only response to this request is that "no further processing will be initiated" on this request until the payment of 605.50 is received. (Attachment 3) Based on the fact that the defendants' continue to provide copies of lab reports, that are also part of Plaintiffs' "failure to exhaust remedies," Plaintiff seeks a more definate statement as to exactly what part of Plaintiffs' action does the failure to exhaust remedies defense apply to. In light of the fact that documents are still be turned over as to one part of Plaintiffs' action, and not another, some clarification is needed.

Plaintiff is currently preparing a response to defendants' (MTD), in order to meet that goal, Plaintiff asks that, pursuant to Rule 12(e), that defendants' identify what FOIA request(s) at issue are they invoking a failure to exhaust remedies argument to.

(2)

CONCLUSION

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that the court direct the defednants' to provide a more definate statement, consistent with the above.

Respectfully submitted,

*/s/ Ken Fulton*

Kendrick J. Fulton, Plntff.
FBOP# 30080-177
FCC-Forrest City (Med.)
PO Box 3000/B-1
Forrest City, AR 72335

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Plaintiff's Motion For A More Definate Statement has been made by mailing copies thereof to:

W. Mark Nebeker          R. Craig Lawrence        Ken L. Wainstein
AUSA                     (same)                   (same)
Civil Div.
555 4th St., N.W.
Washington, DC 20530


DATE: February 12, 2006               */s/ Ken Fulton*
                                      Kendrick J. Fulton

(3)