Kendrick Fulton v. EOUSA,
Civil Action No. 05-1300 RMU.

Attachment 1
(DEA FOIA Request No. 05-0608-P)



U.S. Department of Justice

Drug Enforcement Administration

March 16, 2005
Washington, D.C. 20537

Request Number:    [redacted]

Subject of Request:   DRUG LAB RESULTS: EX'S 53, 54, 55, 57 (DEA LAB #154287) 58, 59, 60-65, 65A, 67, 68, 75, 76 AND EX. 131 (DEA LAB #144908) AND A COPY OF A CALL THAT DEA IS IN POSSESSION OF AS SWORN TO BY S/A STEPHEN C. THOMAS OF THE LUBBOCK DIV. IN A 2002 WIRETAP AFFIDAVIT

FCI
P.O. BOX 30001 B-1
FORREST CITY, AR  72335

DEAR KENDRICK J. FULTON:

   The Drug Enforcement Administration (DEA) has received your Freedom of Information/Privacy Act (FOI/PA) request and placed it on a list of requests awaiting processing. In order to expedite all requests that require retrieval, processing and duplication of documents, your request will be handled in chronological order based on the date of this letter.

   Your request has been assigned the above number. Please include this number in any future correspondence to this office regarding this request.

   This letter confirms your obligation that by filing your request, you have implicitly agreed to pay all applicable fees charged under 28 C.F.R. 16.11, up to $25.00, unless you seek a waiver of fees (28 C.F.R. 16.3 (c)).

   Please be assured that your request is being handled as equitably as possible. Upon completion of the processing, you will be notified of all applicable fees, and payment will be required prior to release of any records. If there are not fees associated with the processing of your request, all documents that can be released will be made available to you at the earliest possible date.

Sincerely,

*Katherine Myrick*
Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

EXHIBIT D

*DEA FOIA Home Page... http://www.usdoj.gov/dea/foia/dea.htm*

Kendrick Fulton v. EOUSA,
Civil Action No. 05-1300 RMU

Attachment 2

(Responses to Lab #'s 144908,
and 154287)

**U. S. Department of Justice**

Drug Enforcement Administration

FOI/Records Management Section

Office of Administration

---

*www.dea.gov*

JAN 2 6 2006

Mr. Kendrick J. Fulton
FBOP # 30080-177
Federal Correctional Center (Med.)
P.O. Box 3000/B-1
Forrest City AR 72335

Re: FOIA Request 06-0138-P

Dear Mr. Fulton:

This responds to your above-captioned Freedom of Information Act (FOIA) request, listed above. In your request, you requested the DEA Form 86 (front and back); any spectrographs generated during the laboratory analysis; and the summary of testimony and curriculum vitae of the Government expert for the following laboratory reports: 144908 and 154287.

Enclosed are 29 pages of responsive documents. In addition to the laboratory reports (DEA Forms 7), these documents consist of DEA Forms 86, spectrographs, and curriculum vitae for the laboratory reports at issue. There is no record at the DEA of the summary of any testimony for any Government expert related to these laboratory reports. No responsive documents have been withheld.

Redactions have been made on the documents released to you based on the following FOIA exemptions: (b)(2), (b)(7)(C), (b)(7)(F). See the enclosure for a standard description of these exemptions.

Because the costs for processing this request did not exceed the amount set out in 28 C.F.R. § 16.11(d), no fee will be charged for this FOIA request. The fact that no fee was charged for this request should not be construed as a grant of a fee waiver or reduction.

If you wish to appeal any adverse determination related to this FOIA request you may do so by submitting your appeal, within 60 days, to the following:

> Office of Information and Privacy
> U.S. Department of Justice
> Flag Building, Suite 570
> Washington DC 20530-0001

    For faster handling, please mark your appeal letter and the envelope with the words: "Freedom of Information Act appeal." See 28 C.F.R. § 16.9 for Department of Justice guidance regarding appeals of FOIA requests.

                                            Sincerely,

                                            Katherine L. Myrick
                                            Chief, Operations Unit
                                            FOI/Records Management

Enclosures

Civil Action

Kendrick Fulton v. EOUSA,
Civil Action No. 05-1300 RMU

Attachment 3
(Notification that no further
proccessing will be done
in relation to the voice
message)

U.S. Department of Justice

Drug Enforcement Administration

Operations Unit
FOI/Records Management Section
Washington, D.C. 20537

*www.dea.gov*

---

Kendrick Fulton #30080-177
FCC-Forrest City (Medium)
P.O. Box 3000/B-1
Forrest City, AR 72335

Re: Request No. 05-0608-P

Dear Mr. Kendrick Fulton:

    This follows up on my letter of June 30, 2005, in which I advised you of delays in processing your Freedom of Information Act (FOIA) request, the number of which is noted above.

    As a result of the searches taken to date, twelve (12) pages of documents have been located. We are still searching for a record of the telephone conversation that you requested. The items that have been found have not yet been processed for release to you, and will not be processed until you make payment, as described below.

    Please be advised that two DEA laboratory reports number 144908 (Exhibit 1 – Fort Worth, Texas) and 154287 (Exhibit 23), were released to you as a result of a referral received at DEA from the Executive Office for United States Attorneys (EOUSA) for processing and a direct response to you. We processed those records under DEA Request Number 05-0955-P. Accordingly, we will not duplicate the processing of those laboratory reports under this request.

    Your FOIA request does not include a promise to pay costs. However, per 28 C.F.R. § 16.3(c), your FOIA request is considered to constitute an agreement by you to pay all fees up to $25.00. Per 28 C.F.R. § 16.11 (d)(3), a Department of Justice component will provide two hours of search without charge. Per 28 C.F.R. § 16.11 (i)(2), where a Department of Justice component determines or estimates that a total fee to be charged will be more than $250.00, it may require the requester to make an advance payment of an amount up to the amount of the entire anticipated fee before beginning to process a request.

    At the time you made your request, the difficulty of making the search was not known. In your case the search was made more difficult, and much more time-consuming, by the fact that you provided only the Exhibit Numbers that were used in your Federal Court prosecution. Drug Enforcement Administration records are investigative in nature, and the Drug Enforcement

Administration does not maintain records of court proceedings. Your request, therefore, has necessitated a manual search of DEA investigative records in an attempt to match investigative records with the Court Exhibits numbers you provided. Your request has also necessitated extensive coordination between DEA personnel at my office and Department of Justice personnel in Texas.

To date, more than 22 hours have been expended in searching. The costs include 5.5 hours of managerial time at $10.25 per quarter hour; the remaining time is charged at $7.00 per quarter hour. Based on the time already spent on searching, and applying the mandate of 28 C.F.R. § 16.11 (d)(3) in the way that is most favorable to you, I calculate that the accrued costs to date are: **$605.50**. This amount is the sum of the following: 3.5 hours at $10.25 per quarter hour [$143.50] plus 16.5 hours at $7.00 per quarter hour [$462.00].

As noted above, if you still wish to receive these items please remit a **certified check or money order**, payable to Treasury of the United States, in the amount of **$605.50**. Please indicate on the face of your certified check or money order the Request Number noted above, and mail it to the following address:

> Drug Enforcement Administration
> Operations Unit
> FOI/Records Management Section
> Washington, D.C. 20537

Also, please advise if you wish DEA to continue to search for the one remaining item. If so, you will be required to pay the costs of the search at the standard rate of $4.00 per quarter hour for clerical personnel, $7.00 per quarter hour for non-managerial personnel, and $10.25 per quarter hour for managerial personnel. You will not be required to pay for the costs of this search at this time; however, you are advised that your request that DEA continue to search for these items will be construed as a firm promise to pay. You will be billed for the search after the search is concluded, before the items will be processed for release. A payment by you should not be construed as a determination by DEA that the items will be released: see 28 C.F.R. § 16.11(c)(1)(ii).

Again, no further processing will be initiated on your request until we receive the payment requested above.

Sincerely,

Katherine Myrick
Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management