```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                  )
                                  )
          Plaintiff,              )
                                  )
     v.                           )  Civil Action No. 05-1300 RMU
                                  )
EXECUTIVE OFFICE FOR              )
  U.S. ATTORNEYS, et al.,         )
                                  )
          Defendants.             )
                                  )
```

ORDER

UPON CONSIDERATION of Plaintiff's Motion For A More Definite Statement, for the reasons set forth in response thereto, and based upon the entire record herein, it is the

_____ day of _____, 2006, hereby

ORDERED that  Plaintiff's Motion For A More Definite Statement be and is hereby DENIED.

_____
UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

KENDRICK FULTON
FBOP 30080-177
FCC Forrest City (Med.)
P.O. Box 3000 / B-1
Forrest City, AR  72335