```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                 )
                                 )
         Plaintiff,              )
                                 )
     v.                          ) Civil Action No. 05-1300 RMU
                                 )
EXECUTIVE OFFICE FOR             )
   U.S. ATTORNEYS, et al.,       )
                                 )
         Defendants.             )
                                 )
```

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to reply to Plaintiff's Response To Defendants' Motion To Dismiss Or, In The Alternative, for Summary Judgment ("Plaintiff's Response") in this action, up to and including April 25, 2006.  Plaintiff is a federal prisoner and provides no telephone number at which he can be reached; he was not contacted regarding this motion.[1]

This request is made, because, counsel for defendants only

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  Local Civil Rule 16.3(a) (emphasis added).

received Plaintiff's Response today. [2]  Counsel has been required this date to complete a dispositive motion in an unrelated action, and defendants seek the opportunity to communicate with plaintiff to ascertain whether some or all of the issues that remain can be resolved by agreement.

Accordingly, Defendants request an enlargement of time until April 26, 2006 within which to reply.  A proposed Order consistent with this motion is attached.

>Respectfully submitted,

>_____
>KENNETH L. WAINSTEIN, DC Bar #451058
>United States Attorney

>_____
>RUDOLPH CONTRERAS, DC Bar #434122
>Assistant United States Attorney

>_____
>W. MARK NEBEKER, DC Bar #396739
>Assistant United States Attorney

---

[2]  Although the paper copy of Plaintiff's motion indicates that it was served by mail on March 12, 2006, it does not identify the address to which the response was sent, and it has not yet been received in the mail.  Counsel attempted to download the document yesterday, but the delay in that process, apparently occasioned by the ongoing process to upgrade computer software in counsel's office, resulted in the document being received by counsel only this morning.

-2-

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made by mailing copies thereof to:

Kendrick Fulton
FBOP 30080-177
FCC Forrest City
P.O. Box 3000 / B-1
Forrest City, AR  72335

on this 22nd day of March, 2006.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7230