```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                  )
                                  )
          Plaintiff,              )
                                  )
     v.                           ) Civil Action No. 05-1300 RMU
                                  )
EXECUTIVE OFFICE FOR              )
  U.S. ATTORNEYS, et al.,         )
                                  )
          Defendants.             )
_____)
```

ORDER

UPON CONSIDERATION of Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006 hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time within which Defendants may file a reply to Plaintiff's Response To Defendants' Motion To Dismiss Or, In The Alternative, for Summary Judgment shall be and is hereby enlarged up to and including April 25, 2006.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | KENDRICK FULTON |
| Assistant United States Attorney | FBOP 30080-177 |
| Civil Division | FCC Forrest City |
| 555 4th Street, N.W. | P.O. Box 3000 / B-1 |
| Washington, DC 20530 | Forrest City, AR  72335 |