```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                )
                                )
        Plaintiff,               )
                                )
     v.                          ) Civil Action No. 05-1300 RMU
                                )
EXECUTIVE OFFICE FOR             )
  U.S. ATTORNEYS, et al.,        )
                                )
        Defendants.              )
                                )
```

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Defendants in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time to reply to Plaintiff's Response To Defendants' Motion To Dismiss Or, In The Alternative, for Summary Judgment ("Plaintiff's Response") in this action, up to and including May 11, 2006.  Plaintiff is a federal prisoner and provides no telephone number at which he can be reached; he was not contacted regarding this motion.[1]

This request is made, because, counsel for defendants is

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  Local Civil Rule 16.3(a) (emphasis added).

awaiting communication from Plaintiff regarding efforts to resolve this matter without the need further to involve the Court.  Moreover, in the past week counsel has been called upon to complete a dispositive motion in an unrelated class action, to participate in three settlement meetings that took longer than anticipated, and to address several emergency matters, one for a colleagues who was ill.  These and other responsibilities have not allowed completion of the needed reply by this date.

For these reasons, counsel seeks additional time to file a reply.  A proposed order consistent with the foregoing is attached hereto.

                                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order shall be made by mailing copies thereof to:

Kendrick Fulton
FBOP 30080-177
FCC Forrest City
P.O. Box 3000 / B-1
Forrest City, AR  72335

on this 21st day of April, 2006.

_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7230