```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| KENDRICK FULTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | ) Civil Action No. 05-1300 RMU |
| | ) |
| EXECUTIVE OFFICE FOR | ) |
|   U.S. ATTORNEYS, et al., | ) |
| | ) |
|     Defendants. | ) |

ORDER

UPON CONSIDERATION of Defendants' Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006 hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time within which Defendants may file a reply to Plaintiff's Response To Defendants' Motion To Dismiss Or, In The Alternative, for Summary Judgment shall be and is hereby enlarged up to and including May 11, 2006.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| W. MARK NEBEKER | KENDRICK FULTON |
| Assistant United States Attorney | FBOP 30080-177 |
| Civil Division | FCC Forrest City |
| 555 4th Street, N.W. | P.O. Box 3000 / B-1 |
| Washington, DC 20530 | Forrest City, AR  72335 |