UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )  Civil Action No. 05-1300 RMU
                                    )
EXECUTIVE OFFICE FOR                )
    U.S. ATTORNEYS, et. al.,        )
                                    )
        Defendants.                 )
_____)

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Plaintiff respectfully moves this court to DENY the Defendants' Motion For Enlargement Of Time. Plaintiff asserts that there is no reason for the additional time requested, and that the request is not in good faith, but for delay. Based on the filings already submitted to this court, there is ample information for this case to be disposed on the merits.

Furthermore, the Defendants' have unequivocally refused to answer any Request For Admissions relating to the documents requested in this suit, but are invoking a failure to pay search fees as a defense. It appears that the enlargement of time is being sought so that the Defendants' can ascertain whether or not Plaintiff will accept their resolution. For the record, Plaintiff states that the Defendants' offer is unacceptable, and that no agreement will be reached. For future references, should the Defendants' need to contact Plaintiff, the number here at the institution is (870) 494-4200.

**RECEIVED**

MAY 1 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Accordingly, Plaintiff requests that the Defendants' Motion For Enlargement of Time be DENIED. A proposed ORDER consistent with this motion is attached.

Respectfully submitted,

Kendrick J. Fulton
Plaintiff(In Proper Person)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Plaintiffs' Motion In Opposition For An Enlargement Of Time, and proposed Order shall be made by mailing copies thereof to:

W. Mark Nebeker, AUSA      Ken L. Wainstein, AUSA      R. Contreras, AUSA

Civil Division
555 4th Street, N.W.
Washington, DC 20530

March 28, 2006

Kendrick J. Fulton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KENDRICK FULTON,                )
                                )
    Plaintiff,                  )
                                )
v.                              )  Civil Action No. 05-1300 RMU
                                )
EXECUTIVE OFFICE FOR            )
    U.S. ATTORNEYS, et al.,     )
                                )
    Defendants.                 )
_____)

ORDER

UPON CONSIDERATION of Plaintiff's Motion In Opposition To Defendants' Motion For Enlargement Of Time, and the grounds stated therefor, and the entire record herein, it is on this _____ day or _____, 2006 hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the Defendants' Motion For Enlargement Of Time be DENIED.

_____
United States District Judge

W. Mark Nebeker
AUSA
Civil Division
555 4th Street, NW
Washington, DC 20530

Kendrick J. Fulton
FBOP# 30080-177
FCC-Forrest City
PO Box 3000/B-1
Forrest City, AR 72335