UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| KENDRICK FULTON, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 05-1300 (RMU) |
| | : | | |
| EXECUTIVE OFFICE FOR | : | Document Nos.: | 18, 20, 24 |
| U.S. ATTORNEYS *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 15h day of June, 2006, hereby

**ORDERED** that the defendants' motion to dismiss or, in the alternative, for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's motion for a more definite statement is **DENIED**; and it is

**ORDERED** that the plaintiff's motion for partial summary judgment is **DENIED**; and it is

**FURTHER ORDERED** that the case is **DISMISSED** without prejudice.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge